37392. BROWN et al. v. BROWN.

Judgment affirmed pursuant to Rule 59.
*All the Justices concur.*

Decided June 16, 1981.

*Elkins & Flournoy, James A. Elkins, Jr.,* for appellants.
*Charles A. Gower,* for appellee.